Clerk

CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

---

No. 05-1001
No. 05-1233
No. 05-1335
D.C. #04-301
J. Lagueux

JOSEPH SCOTT, ESQUIRE,

Plaintiff, Appellee,

v.

VINCENT P. MURRAY

Defendant, Appellant.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: Date: JUL 22 2005

---

Before

Selya, Lynch, and Lipez, Circuit Judges.

---

JUDGMENT

Entered: July 22, 2005

Pro se defendant-appellant Vincent P. Murray seeks to challenge the remand of this case to the state court from which it was removed. Because the remand order was based on a lack of federal subject matter jurisdiction, there is no appellate jurisdiction to review the remand determination. See 28 U.S.C. § 1447(d); Thermtron Prods., Inc. v. Hermansdorfer, 423 U.S. 336, 343 (1976).

In his responses to this court's Orders to Show Cause, defendant does not address 28 U.S.C. § 1447(d)'s bar to appellate review. Instead, he attacks the lower court's determination that there was a lack of subject matter jurisdiction. Defendant's arguments are not reviewable.

The appeals in Nos. 05-1001, 05-1233 and 05-1335 are dismissed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER
By:________________________________
Chief Deputy Clerk.

Certified Copy to Hon. Ronald Lagueux; Mr. DiMarzio, Clerk USDC

cc: Messrs. Murray & Scott